UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

**VALERIE SUE PENMAN**                    CASE NO. 16-51693

**DEBTOR**

### ORDER ALLOWING DEBTOR TO INCUR ADDITIONAL DEBT

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter having come on to be heard pursuant to the Debtor's motion to incur additional debt; the Court having been advised that the debt will be incurred to purchase a newer vehicle necessary for day to day; it appearing that there is only a difference of $51.87 between his current vehicle and the newer vehicle and the Debtor can make said difference in said payment; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED and ADJUDGED that the Debtor is authorized to incur $14,244.80 additional debt to purchase a 2012 Nissan Pathfinder. The terms and conditions of repayment of said debt shall be as stated in the motion filed herein.

Copies To:
Beverly M. Burden, Chapter 13 Trustee
U.S. Trustee
Mark T. Miller, Esq.
Debtor/Creditors

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Thursday, August 02, 2018
(grs)